UNITED STATES DEPARTMENT OF COMMERCE
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

April 19, 2021

**FILED ELECTRONICALLY VIA CM/ECF**

Mario Toscano
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Final Results of Redetermination Pursuant to Court Remand Order in *POSCO v. United States*, Consol. Court No. 16-00225, Remand Mandate from CAFC Court. No. 19-1213

Dear Mr. Toscano:

Pursuant to the Court's order of December 21, 2020, please find attached the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand in the above-captioned action. The Department's second remand redetermination is a public document.

In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover. Should you have any questions concerning the matter, please contact me at (202) 482-5214.

                                              Respectfully submitted,

                                              /s W. Mitch Purdy
                                              W. Mitch Purdy
                                              Attorney
                                              Office of the Chief Counsel
                                                 for Trade Enforcement & Compliance

Attachment

Mr. Mario Toscano
April 19, 2021
Page 2

cc:

Patricia Mary McCarthy
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
(202) 307-0164
Fax: (202) 514-7969
Email: patricia.mccarthy@usdoj.gov

Donald Bertrand Cameron
Morris, Manning & Martin, LLP
1401 Eye Street, NW.
Suite 600
Washington, DC 20005-2204
(202) 216-4811
Fax: (202) 408-5146
Email: dcameron@mmmlaw.com

Alan Hayden Price
Wiley Rein, LLP
1776 K Street, NW.
Washington, DC 20006
(202) 719-3375
Fax: (202) 719-7049
Email: aprice@wileyrein.com

Timothy C. Brightbill
Wiley Rein, LLP
1776 K Street, NW.
Suite 9 East
Washington, DC 20006
(202) 719-3138
Fax: (202) 719-7049
Email: tbrightbill@wileyrein.com

Daniel Lawrence Schneiderman
King & Spalding, LLP
1700 Pennsylvania Avenue, NW.
Suite 200
Washington, DC 20006-4706
(202) 669-6932
Fax: (202) 737-0500

Mr. Mario Toscano
April 19, 2021
Page 3

    Email: dschneiderman@kslaw.com

    Melissa Marie Brewer
    Kelley Drye & Warren, LLP
    3050 K Street, NW.
    Suite 400
    Washington, DC 20007-5108
    (202) 342-8807
    Fax: (202) 342-8451
    Email: mbrewer@kelleydrye.com

    Roger Brian Schagrin
    Schagrin Associates
    900 Seventh Street, NW.
    Suite 500
    Washington, DC 20001
    (202) 223-1700
    Fax: (202) 429-2522
    Email: rschagrin@schagrinassociates.com

    Thomas Martin Beline
    Cassidy Levy Kent (USA) LLP
    900 19th Street, NW.
    Suite 400
    Washington, DC 20006-2110
    (202) 567-2316
    Fax: (202) 567-2301
    Email: tbeline@cassidylevy.com