

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

January 21, 2022

Via CM/ECF

    Re: *POSCO, et al. v. United States, et al.*
    Consol. Court No. 16-00225

To All Counsel:

    It is my intention to issue the opinion in the above-captioned case as a redacted public document.  The opinion contains confidential information in footnotes (enclosed within double square brackets), which will be redacted prior to the issuance of the public opinion.  I do not believe that the opinion contains confidential information in the body text.  I ask that you please review the opinion and inform the court by January 28, 2022, via CM/ECF, whether any information in this opinion not designated as confidential should be redacted in the public version.  Please also state the basis for your belief.  Additionally, please review the information the court has designated as confidential and inform the court if such information can be released in the public opinion.

                                 Very truly yours,

                                 /s/     Mark A. Barnett
                               Mark A. Barnett, Chief Judge