## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| POSCO, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　　and<br><br>AK STEEL CORPORATION, *et al.*,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>　　　v.<br><br>UNITED STATES,<br><br>　　　　　　Defendant,<br><br>　　　and<br><br>STEEL DYNAMICS, INC., *et al.*,<br><br>　　　　　　Defendant-Intervenors. | Before: Hon. Mark A. Barnett,<br>　　　　　Chief Judge<br><br>Consol. Court No. 16-00225 |

## NOTICE OF APPEAL

Notice is hereby given that Nucor Corporation, consolidated plaintiff and defendant-intervenor in the above-named case, appeals to the United States Court of Appeals for the Federal Circuit the decision, order, and judgment of the United States Court of International Trade entered in this action, *POSCO v. United States*, Consol. Ct. No. 16-00225, slip op. 22-4 (Ct. Int'l Trade Jan. 21, 2022), ECF No. 156; Judgment Order, Consol. Ct. No. 16-00225 (Ct. Int'l Trade Jan. 21, 2022), ECF No. 157.

**Consol. Court No. 16-00225**

        Respectfully submitted,

        */s/ Alan H. Price*
        Alan H. Price, Esq.
        Robert E. DeFrancesco, III, Esq.
        Christopher B. Weld, Esq.
        Adam M. Teslik, Esq.

        **WILEY REIN LLP**
        2050 M Street, NW
        Washington, DC 20036
        (202) 719-7000

        *Counsel to Nucor Corporation*

Dated: March 22, 2022